RECEIVED
AUG 22 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 6:18-CR-00112 |
| VERSUS | |
| ANTONIO ZARATE (05) | JUDGE DEE D. DRELL |
| BALDOMERO VELASCO CASTRO (06) | MAGISTRATE JUDGE WHITEHURST |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record, including the objection filed herein, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED** that the motion to suppress filed by Defendants Antonio Zarate and Baldomero Velasco Castro (Doc. 158) is **DENIED**.

SIGNED this 21st day of August 2019, at Alexandria, Louisiana.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT